91 F.3d 122
 Thomas A. Boch, D.C., Pennsylvania Chiropractic Society
v.
Barbara A. Afflerbach, Augustus Hatzas, Theodore T.
Yanchuleff, Thomas W. Zaucha, Theresa A. Lipp, Patricia
Aleci, Madeline D. Leth, Dorothy Childress, Commissioner of
Bureau of Professional and Occupational Affairs,
Pennsylvania Physical Therapy Association
 NO. 95-7530
 United States Court of Appeals,
Third Circuit.
 June 26, 1996
 Appeal From: M.D.Pa., No. 95-cv-00634
 
 1
 VACATED.